389 P.2d 122

ARIZONA SERVICE COMPANY, a corporation, and Arizona Corporation Commission, George Senner, E. T. Williams, Jr., and Jack Buzard, as members of the Commission, Appellants,

v.

John VISCO and Arizona Mill Supply, Inc., Appellees.

No. 7227.

Supreme Court of Arizona.

En Banc.

Feb. 5, 1964.

Robert Pickrell, Atty. Gen., and Fennemore, Craig, Allen & McClennen, Phoenix, for appellants.

R. G. Langmade, Phoenix, for appellees.

NABOURS, Superior Court Judge.

The controversy between these parties to this action was determined on its merits in Visco v. State ex rel. Pickrell, 95 Ariz. 154, 388 P.2d 155, decided December 26, 1963. This appeal therefor is dismissed as moot.

LOCKWOOD, V. C. J., and STRUCK-MEYER, BERNSTEIN and JENNINGS, JJ., concur.

NOTE: Chief Justice JESSE A. UDALL, having disqualified himself, the Honorable WILLIAM W. NABOURS, Judge of the Superior Court of Yuma County, Arizona, was called to sit in his stead and participate in the determination of this appeal.